**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re Nicole B. LeJeune            Case No. 12-13473
Debtor            Chapter 7

**ORDER ON REAFFIRMATION AGREEMENT**

The debtor(s) Nicole B. LeJeune has (have) filed a motion for
(Names(s) of debtor(s))

approval of the reaffirmation agreement dated March 7, 2013 made between the debtor(s) and
(Date of agreement)

Capital One, N.A. - Best Buy Co., Inc. The court held the hearing required by
(Name of creditor)

11 U.S.C. §524(d) on notice to the debtor(s) and the creditor on May 22, 2013.
(Date)

COURT ORDER:

☐ The court grants the debtors' motion under 11 U.S.C. §524(c)(6)(A) and approves the reaffirmation agreement described above as not imposing an undue hardship on the debtor(s) or a dependent of the debtor(s) and as being in the best interest of the debtor(s).

☐ The court grants the debtor's motion under U.S.C. §524 (K)(8) and approves the reaffirmation agreement described above.

☐ The court does not disapprove the reaffirmation agreement under 11 U.S.C. §524(m).

☒ The court does not approve the reaffirmation agreement.

BY THE COURT

_____
United States Bankruptcy Judge

Dated: May 22, 2013